Case 2:24-cv-00282   Document 17   Filed on 07/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KRISTOPHER BAZAN,<br><br>          Plaintiff,<br>V.<br><br>MARTIN O'MALLEY, *et al.*,<br><br>          Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 2:24-CV-00282<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 16). The M&R recommends that the Court grant the unopposed motion to remand, reverse the Commissioner's denial of benefits, and remand the case for further consideration. *Id.* at 2.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13.

No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 16).

Accordingly, the Court **GRANTS** the unopposed motion to remand, (D.E. 15), **REVERSES** the Commissioner's denial of disability benefits, and **REMANDS** for further consideration. A final judgment will issue separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
  July 3rd, 2025